IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

LYNN COOK,                                      )
                                                )
    Plaintiff,                                  )
                                                )
v.                                              )  No. 4:16-CV-01228-DGK
                                                )
The BOARD OF POLICE COMMISSIONERS               )
OF KANSAS CITY, MISSOURI,                       )
LISA PELOFSKY, ALVIN BROOKS,                    )
ANGELA WASSON-HUNT,                             )
MICHAEL RADAR, MAYOR SLY JAMES,                 )
MICHAEL LIVERS, and ERIC DRUNERT,               )
                                                )
    Defendants.                                 )

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Having considered Plaintiff and Defendants' Stipulation of Dismissal of The Board of Police Commissioners of Kansas City, Missouri and Its Members, Without Prejudice (Doc. 36), it is hereby

ORDERED that Plaintiff's claims against Defendants The Board of Police Commissioners of Kansas City, Missouri, Lisa Pelofsky, Alvin Brooks, Angela Wasson-Hunt, Michael Radar, and Mayer Sly James are DISMISSED WITHOUT PREJUDICE.

It is FURTHER ORDERED that Defendant The Board of Police Commissioners of Kansas City, Missouri's motion for Judgement on the Pleadings (Doc. 30) is DENIED AS MOOT.

**IT IS SO ORDERED.**

Date: December 6, 2017                                            /s/ Greg Kays
                                                                                     GREG KAYS, CHIEF JUDGE
                                                                                     UNITED STATES DISTRICT COURT