IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LYNN COOK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:16-CV-01228-DGK |
| The BOARD OF POLICE COMMISSIONERS OF KANSAS CITY, MISSOURI, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Having considered Plaintiff and Defendants Michael Livers and Eric Drunert's Stipulation for Dismissal With Prejudice (Doc. 49), it is hereby

ORDERED that Plaintiff's claims against Defendants Michael Livers and Eric Drunert are DISMISSED WITH PREJUDICE. Each party shall bear their own costs and attorneys' fees.

It is FURTHER ORDERED that Defendants Michael Livers and Eric Drunert's motion for Summary Judgment (Doc. 38) is DENIED AS MOOT.

**IT IS SO ORDERED.**

Date: June 1, 2018           /s/ Greg Kays
                             GREG KAYS, CHIEF JUDGE
                             UNITED STATES DISTRICT COURT